**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22-cr-00390 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING REPORT AND** |
| KORDELL RAYSHAWN JOHNSON, et al., | ) | **RECOMMENDATION OF** |
| | ) | **MAGISTRATE JUDGE** |
| | ) | |
| Defendants. | ) | |

This case is before the Court on a Report and Recommendation ("R&R") filed by United States Magistrate Judge Jonathan D. Greenberg recommending that the Court accept Defendant's admissions and find that Defendant has violated the terms of his supervised release. (ECF No. 118).

On March 7, 2025, the U.S. Pretrial Services and Probation officer issued a violation report and warrant request identifying alleged violations of Defendant's supervised release. The Court issued an arrest warrant on March 7, 2025. The Government filed a petition for writ of habeas corpus ad prosequendum on December 19, 2025, notifying the Court that Defendant was confined in the Harris County Jail in Houston, Texas, and in the custody of the Sheriff for said institution. (ECF No. 103, PageID #685). The Court issued the writ of habeas corpus ad prosequendum on January 2, 2026. (ECF No. 109).

On January 22, 2026, the U.S. Pretrial Services and Probation officer filed a superseding violation report. On February 27, 2026, Magistrate Judge Greenberg held a fact of violation hearing in which Defendant admitted the violation detailed in the violation report. (Minutes of proceedings [non-document] dated 2/27/2026). Defendant waived the 14-day objection period.

1

(*Id.*).  On the same date, Magistrate Judge Sheperd issued the R&R recommending that the Court accept Defendant's admissions and find that he violated the terms of his supervised release.  (ECF No. 118).

On review of the record, the Court **ADOPTS** the R&R.  The Court further finds, based on the record, that Defendant knowingly, voluntarily, and intelligently admitted to the mentioned violation, and did, in fact, violate the terms of his supervised release.

Therefore, the sentencing hearing will be held on March 17, 2026 at 1 P.M. in Courtroom 17A.

**IT IS SO ORDERED.**

Date: March 16, 2026

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**